## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**RAYMOND PERRY,**
    **Plaintiff,**

**vs.**                        **Case No.:  4:25cv447/MCR/MAF**

**PHILLIP E. PERRY, et al.,**
    **Defendants.**
_____/

## <u>ORDER</u>

The magistrate judge issued a Report and Recommendation on October 21, 2025. (Doc. 3). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 3) is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED without prejudice** pursuant to 28 U.S.C § 1915(g).

3.    The Clerk of Court is directed to enter judgment stating, "This case is dismissed without prejudice pursuant to 28 U.S.C §§ 1915(g)" and close this case.

**DONE AND ORDERED** this 1st day of May 2026.

_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**